# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-117-FDW-DCK

| | |
|---|---|
| **TANNA R. PHIPPS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's "Consented-To Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. Section 405(g)" (Document No. 14) filed December 12, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

Upon remand, an Administrative Law Judge shall explain the weight afforded to Dr. Boyd's opinion, reassess Plaintiff's residual functional capacity, and if necessary obtain supplemental testimony from a medical and/or vocational expert.

**IT IS, THEREFORE, ORDERED** that "Defendant's "Consented-To Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. Section 405(g)" (Document No. 14) is **GRANTED**. This matter shall be **REMANDED** to an Administrative Law Judge as described herein.

Signed: December 12, 2011

David C. Keesler
United States Magistrate Judge