# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tanna R. Phipps,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv117

Michael J. Astrue,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2011 Order.

                                        Signed: December 12, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court