IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-117-FDW-DCK

| | |
|---|---|
| TANNA R. PHIPPS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL J. ASTRUE,<br>**Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For Entry Of Order Accepting The Parties' Settlement Agreement On Attorney's Fees" (Document No. 21) filed January 10, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion For Entry Of Order Accepting The Parties' Settlement Agreement On Attorney's Fees" (Document No. 21) is **GRANTED**.

Signed: January 10, 2012

David C. Keesler
United States Magistrate Judge